```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Fa Chen,

               Plaintiff,

-against-

Nara Sushi 76 Inc. d/b/a Nara Sushi d/b/a Nara Sushi 76 d/b/a Kumo Sushi, Guimin Lin, Kathy Zeng, and Bo Huang,

               Defendants.

22 Civ. 34 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 28, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by May 3, 2022. ECF No. 7. These submissions are now overdue. Accordingly, by **July 16, 2022**, the parties shall submit their joint letter and proposed case management plan.

    Further, the deadline for Defendants to answer or otherwise respond to the complaint was April 7, 2022, for Defendants Guimin Lin, Kathy Zeng, and Bo Huang, ECF No. 8, and April 8, 2022, for Defendant Nara Sushi 76, ECF No. 9. Accordingly, by **July 16, 2022**, Defendants shall answer or otherwise respond to the complaint.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                                             ANALISA TORRES
                                                          United States District Judge