UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Fa Chen,

                Plaintiff,

-against-

Nara Sushi 76 Inc. d/b/a Nara Sushi d/b/a Nara Sushi 76 d/b/a Kumo Sushi, Guimin Lin, Kathy Zeng, and Bo Huang,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/2022_

22 Civ. 34 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 14, 2022, Plaintiff filed a notice of voluntary dismissal, without prejudice. By **July 22, 2022**, Plaintiff shall confirm that no settlement was reached in this case. If a settlement was reached, the parties must seek approval from the Court or the Department of Labor ("DOL"). *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

SO ORDERED.

Dated: July 18, 2022
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge